| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Simon, Philip P | 2. Court or Organization<br>Northern district of Indiana | 3. Date of Report<br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S District Judge | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ● Annual  ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>5400 Federal Plaza<br>Suite 4200<br>Hammond, IN 46320 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 16 P 1:30 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Credit Union Mortgage | Mortgage on rental property #1 Valparaiso, IN | L |
| 2. Thift Savings Plan (TSP) | Loan on TSP | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 Valparaiso, IN (Bought 1999, $117,000 | C | Rent | | | sell | 6/24 | M | E | John Naccarato |
| 2. IRA #1 | | | | | | | | | |
| 3. - Entremed Common Stock | | None | J | T | | | | | |
| 4. - CenturyTel Common stock | | None | J | T | | | | | |
| 5. - Oracle Common Stock | | None | J | T | | | | | |
| 6. - Janus Olympus Mututal Fund | A | Dividend | J | T | | | | | |
| 7. - Strong Growth Fund | A | Dividend | J | T | | | | | |
| 8. - Nasdaq 100 Shares (QQQ) Common Stock | A | Dividend | L | T | | | | | |
| 9. -Schwab Government Money market Fund | A | Interest | J | T | | | | | |
| 10. IRA # 2 | | | | | | | | | |
| 11. - Schwab Government Money Market Fund | A | Interest | J | T | | | | | |
| 12. - Baron Growth Fund | A | Dividend | K | T | | | | | |
| 13. - Baron Small Cap Fund | A | Dividend | K | T | | | | | |
| 14. Applied Material Corp. Common Stock | | None | K | T | | | | | |
| 15. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 16. Illinois State College Zero Coupon Bonds | | None | K | T | | | | | |
| 17. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 18. Vanguard Small Cap Index Fund | A | Dividend | K | T | part sell | 4/13 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| # | Description | | Income Type | Value Code 2 | Value Method | (e.g. redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4/13 | J | B | |
| 24. | - Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 25. | TIAA Cref Growth and Income Fund | A | Dividend | K | T | | | | | |
| 26. | Schwab S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 27. | Schwab 529 College Savings Plan 2015 Moderate Track | A | Dividend | J | T | | | | | |
| 28. | Schwab 529 College Savings Plan 2015 Moderate Track | A | Dividend | J | T | | | | | |
| | | A | Dividend | J | T | | | | | |
| | | A | Dividend | J | T | buy | 7/6 | J | | |
| 31. | College Savings Iowa Track C Moderate | A | Dividend | J | T | buy | 7/6 | J | | |
| 32. | College Savings Iowa Track C Moderate | A | Dividend | J | T | buy | 7/6 | J | | |
| 33. | Centier Bank | | None | J | T | | | | | |
| 34. | Fifth Third Bank | A | Interest | J | T | | | | | |
| 35. | Gabelli Global Telecommunications Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Simon, Philip P | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Simon, Philip P | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date___May 10, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544